**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DENNIS COOPER, | Case No.:  2:24-cv-02419-APG-EJY |
| Plaintiff | **Order Granting Motion for Extension** |
| v. | ECF No. 14 |
| J. HESTER, et al. | |
| Defendants | |

I HEREBY GRANT Dennis Cooper's motion for an extension of time (ECF No. 14). Cooper's responses to the defendants' motions to dismiss and to say discovery are due by July 28, 2026.

Dated: May 27, 2026

_____
Chief United States District Judge